PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Steven Corey Miller</u>    Case Number: <u>3:10-00241</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>February 7, 2011</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Possession with Intent to Distribute 100 Kilograms or More of Marijuana</u>

Original Sentence: <u>37 months' custody followed by three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>    Date Supervision Commenced: <u>December 14, 2012</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>    Defense Attorney: <u>Glenn Funk</u>

---

**THE COURT ORDERS:**

☒ No Action *at this time*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 19 day of Feb, 2014, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place        Nashville, Tennessee

Date         February 18, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    On February 10, 2013, Mr. Miller tested positive for cocaine use.

    Mr. Miller reported to the probation office on February 10, 2014, for a random drug test. He submitted a urine specimen which tested positive for cocaine. Mr. Miller admitted to using cocaine. The specimen was sent to the laboratory for confirmation.

    While at the probation office, Mr. Miller met and spoke with Britton Shelton, Supervisory U.S. Probation Officer. Mr. Miller admitted that he used cocaine, and claimed his use was in relation to being down about losing his job and fighting with his wife. He was encouraged to start and maintain an employment search. Additionally, he was told that he would be referred to Centerstone Mental Health for a substance abuse treatment assessment. Mr. Miller said he understood and that he would comply with any treatment recommendations. Mr. Miller was also placed on the random drug testing program administered by the probation office.

2. **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

    On Friday, February 7, 2014, Steven Miller failed to report to the probation office, as instructed.

    The probation officer conducted a home contact at Mr. Miller's residence on February 6, 2014, and he was instructed to report to the probation office on Friday, February 7, 2014, for a drug test. He failed to report as instructed. He, instead, reported on Monday, February 10, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Steven Corey Miller began his term of supervised release on December 14, 2012. His term of supervision is scheduled to expire on December 13, 2015. Mr. Miller was previously employed at Tress and Trends, but was laid off on January 28, 2014.

On February 12, 2014, the probation officer spoke with Mr. Miller. He was apologetic about his actions. He and his wife had reportedly been arguing about money after he lost his job, so he used drugs. Mr. Miller admitted it was a bad idea, but he thought his supervision would be revoked due

to his unemployment. The probation officer advised Mr. Miller that he could obtain assistance with his job search efforts, but he would be instructed to participate in weekly substance abuse treatment at Centerstone Mental Health. He is amenable to treatment. Also, Mr. Miller admitted that he used cocaine on Wednesday, February 5, 2014, the day before the probation officer saw him at his residence.

Mr. Miller was not referred to Centerstone Mental Health at the start of his supervised release due to his completion of the 500-hour residential drug and alcohol program while in the custody of the Bureau of Prisons. He had not previously tested positive for illegal substance use while on supervision. However, in light of the recent positive drug test for cocaine, Mr. Miller will participate in outpatient substance abuse treatment at Centerstone Mental Health.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is respectfully recommending that Mr. Miller continue on supervised release with increased monitoring and drug testing by the probation officer to allow for participation in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer